FILED by __TM__ D.C.
ELECTRONIC

Jul 25, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 13-80147-CR-RYSKAMP/HOPKINS

Case No._____

18 USC § 924(c)
21 USC § 841(a)(1)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KETAN Q. SCOTT,

        Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 9, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**KETAN Q. SCOTT,**

did knowingly and intentionally possess with intent to distribute one or more controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing

a detectable amount of Cocaine Base, commonly known as "crack" cocaine, a Schedule II Controlled Substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Hydromorphone, a Schedule II Controlled Substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone, a Schedule II Controlled Substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(D), that the controlled substance was in fact a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance.

## COUNT 2

On or about July 9, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**KETAN Q. SCOTT,**

did knowingly possess a firearm, that is, a Beretta Model 8045F Mini Cougar .45 caliber semi-automatic pistol, in furtherance of a drug trafficking crime as set forth in Count

1, above, for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KETAN Q. SCOTT,

        Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL    X  WPB   ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   I   0 to 5 days     X       Petty    ___
   II  6 to 10 days    ___     Minor    ___
   III 11 to 20 days   ___     Misdem.  ___
   IV  21 to 60 days   ___     Felony    X
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No.  n/a
   Related Miscellaneous numbers:  n/a
   Defendant(s) in federal custody as of  n/a
   Defendant(s) in state custody as of  07/09/2013
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  X  No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>KETAN Q. SCOTT</u>

Case No. _____

Count # 1:
<u>21 USC §§ 841(a)(1) and 841(b)(1)(C)</u>

<u>PWID Controlled Substances</u>

*Max. Penalty: <u>0 to 20 years' Imprisonment; $1,000,000 Fine; 3 years' to life supervised release</u>

Count #2:
<u>18 USC § 924(c)(1)(A)</u>

<u>Possession of a Firearm in Furtherance of a Drug Trafficking Crime</u>

*Max. Penalty <u>5 years' to life Imprisonment consecutive to any other term of imprisonment imposed on the defendant, $250,000 Fine; 0-3 years' supervised release</u>

Count: _____

*Max. Penalty: _____

Count: _____

*Max. Penalty: _____

Count : _____

*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96